**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN RE:
THE CELOTEX CORPORATION**

**IN RE:
CAREY CANADA, INC.**

**THE PROPERTY DAMAGE
ADVISORY COMMITTEE,**

  **Appellant,**

v.                **Case No.  8:11-cv-2223-JSM**

**THE CELOTEX ASBESTOS
SETTLEMENT TRUST,**

  **Appellee.**
_____/

**ORDER**

  THIS CAUSE comes before the Court on appeal from the Bankruptcy Court's March 24, 2011 Order on Property Damage Advisory Committee's Motion to Compel Payment of Counsel's Fees and July 8, 2011 Order on Property Damage Advisory Committee's Motion for Reconsideration of Order on Property Damage Advisory Committee's Motion to Compel Payment of Counsel's Fees.  The Court has considered the Appellant's brief (Dkt. #13), the Appellee's response (Dkt. #19), and Appellant's reply (Dkt. #23).

  The Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 158(a)(1).  Since the appeal involves only questions concerning the legal conclusions of the Bankruptcy Court

in interpreting the plan documents, appellate review by this Court is *de novo*. *In Re: Celotex Corp.*, 487 F.3d 1320 (11th Cir. 2007).

The Court concludes that the Orders of the Bankruptcy Court are thorough and well reasoned, and are adopted by this Court.

It is therefore ORDERED AND ADJUDGED that:

1. The Orders of the Bankruptcy Court are hereby AFFIRMED.

2. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Bankruptcy Court Judge Paul M. Glenn, Case #8:90-bk-10016-PMG
Counsel/Parties of Record

S:\Odd\2011\11-cv-2223.Celotex Order.frm